IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

ANDREW KELLEY, AS SOLE HEIR AT LAW
AND WRONGFUL DEATH BENEFICIARY DANIEL
F. KELLEY FOR AND ON BEHALF OF ALL
BENEFICIARIES UNDER
MISSISSIPPI WRONGFUL DEATH ACT                    PLAINTIFF

FEB 03 2026

ARTHUR JOHNSTON
BY                DEPUTY

VS.                                          NO. 2:26-CV-13-LG-MTP

JOEL A. LEE, INDIVIDUALLY AND AS
EMPLOYEE AND/OR AGENT OF NOMAD
POWER GROUP LLC and NOMAD POWER GROUP LLC        DEFENDANTS

---

**COMPLAINT**
**(Jury Trial Requested)**

---

COMES NOW, the Plaintiff, ANDREW KELLEY, AS HEIR AT LAW AND WRONGFUL DEATH BENEFICIARY OF DANIEL F. KELLEY, DECEASED FOR AND ON BEHALF OF ALL BENEFICIARIES UNDER MISSISSIPPI WRONGFUL DEATH ACT, DECEASED, by and through his counsel, Tim C. Holleman and Patrick T. Guild, BOYCE HOLLEMAN & ASSOCIATES, and files this his Complaint against Defendants, Joel A. Lee, Individually and as Employee and/or Agent Of Nomad Power Group LLC and Nomad Power Group LLC and in support of the same would show unto this Honorable Court the following, to-wit:

I.

Parties

1.      Plaintiff, ANDREW KELLEY, is an adult resident citizen of the State of Alabama residing in Tuscaloosa, Alabama. The Plaintiff, ANDREW KELLY, is the sole

1

heir at law of Daniel F. Kelley and brings this action pursuant to the Mississippi Wrongful Death Act, being Miss. Code Ann. § 11-7-13, and brings this action for the benefit of all persons entitled to recover under Miss. Code Ann. § 11-7-13.

2. Defendant, JOEL A. LEE, is an adult resident citizen of the County of Lamar, State of Mississippi residing at 5 Norman Road, Purvis, Mississippi 39475. Defendant, JOEL A. LEE, may be served with process of this Court by any means permitted by the *Mississippi Rules of Civil Procedure*.

3. Defendant, NOMAD POWER GROUP LLC and is a Mississippi Limited Liability Company organized and domiciled in the State of Mississippi with its principal place of business in the State of Mississippi being located at 88 JORDAN LOOP ELLISVILLE MS 39437 and may be served with process of this Court by service upon its registered agent: United States Corporation Agents, Inc., 4780 1-55 N , Suite 100, Jackson, MS 39211.

Jurisdiction And Venue

4. This Court has jurisdiction over parties pursuant to 28 U.S.C. § 1332 as there is complete diversity of citizenship between the Plaintiff and the Defendants and the amount in controversy is in excess of $75,000.00.

5. Venue is proper in Hattiesburg Division of the United States District Court for the Southern District of Mississippi as the Defendant, JOEL A. LEE, is an adult resident citizen of the County of Lamar, State of Mississippi which is in the Hattiesburg Division.

Facts

6.  At all times pertinent hereto Defendant, JOEL A. LEE, was acting as an employee and/or agent of the Defendant, NOMAD POWER GROUP LLC and acting with the course and scope of his employment and/or agent so that the Defendant, NOMAD POWER GROUP LLC is liable for the acts and/or omissions of the Defendant, JOEL A. LEE, as alleged hereinafter.

7.  The Defendant, NOMAD POWER GROUP LLC is therefore, liable for all of Plaintiff's injuries and damages proximately caused by JOEL A. LEE'S fault, including his tortious acts, failures to act, and negligence, under the Mississippi law and the doctrines of *respondeat superior,* principal/agent, apparent agency, master/servant, and other doctrines of legal responsibility under applicable Mississippi law for the acts of omission and/or commission committed by their employees, agents, and/or representatives such as JOEL A. LEE in the course and scope of his duties on behalf of his principals, employers, and/or masters.

8.  On or about November 10, 2025, the Defendant, JOEL A. LEE, was operating a motor vehicle owned by the Defendant, NOMAD POWER GROUP LLC, while his driver's license had been suspended for failure to appear.  The Defendant, NOMAD POWER GROUP LLC, knew or should have known that the Defendant, JOEL A. LEE, license was suspended before permitting him to operate a motor vehicle on the highways of the State of Mississippi.

9.  On or about November 10, 2025 Plaintiff's decedent was driving southbound on Highway 49 in Forrest County, Mississippi approaching the intersection of Pearce Road.

3

10. The Defendant, JOEL A. LEE, was traveling northbound on Highway 49 in Forrest County, Mississippi and attempted to make a U-turn to travel southbound on Highway 49 while operating a motor vehicle owned by the Defendant, NOMAD POWER GROUP LLC.

11. The Defendant, JOEL A. LEE, fail to stop at a yield sign located prior to his entering Highway 49 which proximately cause a catastrophic collision with Plaintiff's decedent motor vehicle resulting in serious injuries to Plaintiff's decedent, which resulted in his death on November 11, 2025.

12. An immediate and proximate cause of the injuries, death and damages sustained by the Plaintiff, which damages are asserted herein by Plaintiff, was the individual, joint and severable negligence, gross negligence and/or omissions of Defendants including, but not limited to:

a. Failure to maintain control of his vehicle;
b. Failure to obey a traffic control device;
c. Failure to yield the right of way to oncoming traffic and creating an immediate hazard thereto;
d. Failure to observe existing traffic conditions;
e. Failure to see what he should have seen;
f. Failure to exercise due caution;
g. Failing to act with the required degree of care commensurate with existing driving conditions;
h. Careless and reckless operation of his vehicle;
i. Negligent monitoring, training and/or supervision;
j. Permitting its employee to operate a motor vehicle on the highways of this state without a license to do so;
k. Negligence per se for violation of Mississippi Code Mississippi Code § 63-1-5, § 63-3-313, § 63-3-603, § 63-3-805, § 63-3-1201 and § 63-3-1213;
l. Any and all other acts of negligence, including, but not limited **to,** violations of any and all state, parish and/or local codes, laws and/or ordinances, which may be proven at trial of this matter

4

13.    The injuries, damages and wrongful death of Plaintiff's decedent were proximately caused by the recklessness, carelessness, negligence, and gross negligence of the Defendants, and possibly others yet to be identified, jointly and severally.

14.    The injuries, damages and wrongful death of Plaintiff's decedent as a result of the subject accident, were jointly and severally caused by the recklessness, carelessness, negligence, and gross negligence of the Defendants and possibly others yet to be identified, jointly and severally.

15.    That as a direct and proximate result of the Defendants' negligence and possibly others yet to be identified, jointly and severally, the Plaintiff has suffered the following damages, to-wit:

  a.  personal injuries;

  b.  pain and suffering;

  c.  medical and other expenses;

  d.  Wrongful death;

  e.  all other damages to be determined by discovery and the trier of fact.

16.    The Plaintiff requests the wrongful death beneficiaries be awarded damages of and from the Defendants, and possibly others yet to be identified, jointly and severally, in an amount to be determined by a jury in excess of the minimal jurisdictional limits of this Honorable Court.

## PUNITIVE DAMAGES

17.    Pursuant to Mississippi Code § 11-1-65 the Defendants were jointly and severally guilty of such, gross negligence evidencing a willful, wanton or reckless

disregard for the safety of others including the Plaintiff's decedent, as to warrant the imposition of punitive damages in sufficient amount to punish the Defendants jointly and severally and to deter other from such gross negligence evidencing a willful, wanton or reckless disregard for the safety of others including the Plaintiff's decedent.

## JURY TRIAL

18.     Plaintiff is entitled to and hereby requests a trial by jury.

## AD DAMNUM

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, ANDREW KELLEY, AS HEIR AT LAW AND WRONGFUL DEATH BENEFICIARY OF DANIEL F. KELLEY, DECEASED FOR AND ON BEHALF OF ALL BENEFICIARIES UNDER MISSISSIPPI WRONGFUL DEATH ACT, DECEASED, pray that his Complaint be received and filed, and that process issue to the Defendants, JOEL A. LEE, INDIVIDUALLY AND AS AN EMPLOYEE AND/OR AGENT OF NOMAD POWER GROUP, LLC, and NOMAD POWER GROUP, LLC, in a manner provided for by law. That upon a trial in this cause, this Honorable Court will grant a judgment of and for the Plaintiff, of and against the Defendants, JOEL A. LEE, INDIVIDUALLY AND AS  EMPLOYEE AND/OR AGENT OF NOMAD POWER GROUP, LLC, and NOMAD POWER GROUP, LLC jointly and severally, for compensatory and punitive damages, an award of reasonable attorney's fees, pre-judgment and post-judgment interest, and all costs of this action in an amount to be determined by the trier of fact; and if mistaken in the relief prayed for, the Plaintiff prays for such relief, general or special, at law or in equity, to which she may be justly entitled.

RESPECTFULLY SUBMITTED, this the 26th day of January 2026.

6

ANDREW KELLEY, AS HEIR AT LAW
AND WRONGFUL DEATH
BENEFICIARY OF DANIEL F. KELLEY,
DECEASED FOR AND ON BEHALF OF
ALL BENEFICIARIES UNDER
MISSISSIPPI WRONGFUL DEATH
ACT, DECEASED, PLAINTIFF

BY: _____
TIM C. HOLLEMAN

TIM C. HOLLEMAN, MSB#2526
PATRICK T. GUILD (MSB#103739)
BOYCE HOLLEMAN & ASSOCIATES
1720—23rd Avenue-Boyce Holleman Blvd.
Gulfport, MS 39501
(228) 863-3142
Telefax (228) 863-9829
Email: tim@boyceholleman.com
        patrick@boyceholleman.com